# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-00511-FDW

| | | |
|---|---|---|
| **STEADFAST INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THE SETTLEMENT SOURCE, LLC,** | ) | |
| and **STEWART TITLE GUARANTY** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

THIS MATTER comes now before the Court on motion of Lawyers Title Insurance Corporation ("Lawyers Title") for leave of Court to intervene as party defendant (Doc. No. 16). Having considered the pleading and the record, the Court finds:

1. Plaintiff, Steadfast Insurance Company ("Steadfast"), and Defendant, Stewart Title Guaranty Company ("Stewart Title"), consent to Lawyers Title's intervention as a party defendant.

2. Defendant, The Settlement Source, LLC ("Settlement Source") has failed to appear or otherwise defend this action.

3. In light of the relief sought by Steadfast in this action and Settlement Source's failure to appear or otherwise defend this action, Lawyers Title:

    (i) Has an interest in the subject matter of this action;

    (ii) The disposition of this action may, as a practical matter, impair or impede Lawyers Title's ability to protect its interest; and

  (iii) Lawyers Title's interest is not adequately represented by the existing parties to this litigation.

4. Lawyers Title is a proper party to intervene in this action.

IT IS, THEREFORE, ORDERED that the Motion of Lawyers Title to intervene as party defendant is GRANTED. Hereafter, all pleadings in this action shall be served on Lawyers Title, as Defendant Intervenor, through its counsel. Lawyers Title shall have twenty (20) days from entry of this Order, on or before **February 24, 2009**, to file its answer or other responsive pleading.

IT IS SO ORDERED.    Signed: February 4, 2009

_____
Frank D. Whitney
United States District Judge