# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-511-FDW-DCK

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE SETTLEMENT SOURCE, LLC, by and through its TRUSTEE LANGDON M. COOPER; JERRY W. HOLMES; STEWART TITLE GUARANTY COMPANY; AND LAWYERS TITLE INSURANCE CORPORATION, successor by merger to TRANSNATION TITLE INSURANCE COMPANY.<br><br>    Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Substitute Trustee Langdon M. Cooper for Defendant The Settlement Source, LLC". The Plaintiff and Defendants consent to the motion. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the record, including the motion and related filings, the undersigned will **grant** the motion for the following reasons:

On December 11, 2008, an Involuntary Petition under Chapter 7 of the United States Bankruptcy Code was filed against The Settlement Source, LLC in the United States Bankruptcy Court for the Western District of North Carolina by the petitioning creditors Stewart Title Guaranty

Company, Lawyers Title Insurance Corporation and James E. Macke. The bankruptcy proceeding bears the Case No. 08-32691.

On January 15, 2009, the Bankruptcy Court entered its Order for Relief granting the petition, and on March 12, 2009, the Bankruptcy Court appointed Langdon M. Cooper as trustee in bankruptcy for the Debtor The Settlement Source, LLC nunc pro tunc January 15, 2009.

As a result of the bankruptcy petition, an automatic stay went into effect as to the instant civil action against Defendant The Settlement Source, LLC.

On April 16, 2009, in the bankruptcy proceeding Steadfast Insurance Company filed its Motion for Relief From Automatic Stay To Continue With Pre-Petition Litigation.

On May 12, 2009, the Bankruptcy Court entered its Order Granting Relief From Automatic Stay to Continue With Pre-Petition Litigation. In the Order, the Bankruptcy Court modified the automatic stay to permit this civil action "against Settlement Source by and through its Trustee" and authorized the substitution of the Trustee herein, as follows:

> The Trustee, in his capacity as Trustee for Settlement Source, is hereby authorized to be substituted for Settlement Source as the proper party to the District Court Action, and the parties will cooperate with the Trustee with respect to any motions brought by the Trustee in the District Court Action to accomplish that substitution."

The Trustee is the real party in interest in this civil action and should be substituted for Defendant The Settlement Source, LLC as the real party in interest pursuant to Rule 17 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED,** the "Motion to Substitute Trustee Langdon M. Cooper for Defendant The Settlement Source, LLC") is **GRANTED.**

**IT IS SO ORDERED.**

Signed: November 23, 2009

David C. Keesler
United States Magistrate Judge