# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-cv-511-FDW-DCK

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE SETTLEMENT SOURCE, LLC; by and )<br>through its TRUSTEE LANGDON M. COOPER; )<br>JERRY W. HOLMES; STEWART TITLE )<br>GUARANTY COMPANY; and LAWYERS )<br>TITLE INSURANCE CORPORATION, )<br>successor by merger to TRANSNATION TITLE )<br>INSURANCE COMPANY, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on correspondence from James W. Bryan, counsel to the Plaintiff, Steadfast Insurance Company, copied appropriately to counsel for all other parties. Mr. Bryan kindly pointed out in his correspondence that in granting the Plaintiff's Motion to Amend (Document No. 47), the Court mistakenly stated in its Order (Document No. 49) that the Defendants did not oppose the motion. In fact, each of the Defendants opposed the motion, and the Plaintiff's motion set forth that fact accurately.

In an effort to resolve any confusion, the Court this date held a telephone conference with counsel for all parties to discuss the Plaintiff's Motion to Amend. During the telephone conference, counsel for the Defendants were each given an opportunity to briefly discuss the basis for their opposition to the motion. The Court appreciates the arguments of counsel against the proposed amendment, but concludes notwithstanding that the Court's original decision to allow the amendment was the correct one.

**IT IS, THEREFORE, ORDERED** that the Court's original Order granting the Motion to Amend (Document No. 49) is hereby **CONFIRMED**. The Plaintiff's Motion to Amend (Document No. 47) is **GRANTED**.

**SO ORDERED.**

Signed: January 13, 2010

David C. Keesler
United States Magistrate Judge