IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-cv-511-FDW-DCK

| | | |
|---|---|---|
| STEADFAST INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| THE SETTLEMENT SOURCE, LLC; by and through its TRUSTEE LANGDON M. COOPER; JERRY W. HOLMES; STEWART TITLE GUARANTY COMPANY; and LAWYERS TITLE INSURANCE CORPORATION, successor by merger to TRANSNATION TITLE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Consent Motion for 45 Day Stay of Deadlines In Case Management Order, Including Trial, Due To Pending Settlement" (Document No. 57) filed February 12, 2010 by Plaintiff Steadfast Insurance Company ("Steadfast"), Defendant Stewart Title Guaranty Company ("Stewart Title"), Defendant Lawyers Title Insurance Corporation ("Lawyers Title") and Defendant The Settlement Source, LLC by and through its Trustee Langdon M. Cooper ("Trustee") (hereinafter collectively the "Parties"). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

**IT APPEARING** to the Court that good cause has been shown, and further that the Parties have jointly filed and consented to the motion and requested stay.

**IT IS, THEREFORE, ORDERED** that the Parties' "Joint Consent Motion For 45 Day Stay Of Deadlines In Case Management Order, Including Trial, Due To Pending Settlement" (Document 57) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Case Management Plan is Amended as follows:

| | |
|---|---|
| Dispositive Motions Deadline | April 8, 2010 |
| Dispositive Motions Hearing | June 7 - 11, 2010 |
| Pretrial Conference | June 21 - 25, 2010 |
| Trial Term | July 12 - 23, 2010 |

**SO ORDERED.**

Signed: February 16, 2010

David C. Keesler
United States Magistrate Judge